FILED
November 16, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Cause No. 03-14-00512-CR

**CRAE ROBERT PEASE**
**Appellant**

v.

**THE STATE OF TEXAS**
**Appellee**

RECEIVED
NOV 1 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

**APPELLANT'S 2nd MOTION TO SUPPLEMENT THE RECORD**
**AND EXTENSION OF TIME TO FILE APPEAL**

**TO THE HONORABLE COURT OF APPEALS:**

Crae Robert Pease, Appellant, makes this Motion to Supplement the Record in Support of Appellant's Brief, pursuant to Rule 10.1 and 10.2, Tex.R.App.Proc., and as grounds therefore would show the Court:

I.

This cause was heard in the Travis County Court at Law No. 6 in August 11, 2014 under trial court Cause No. C-1-CR-13-220, styled *The State of Texas v. Crae Robert Pease.*

II.

While preparing his appeal, which he planned to file today, Appellant found that there was no Reporter's Record for a hearing on July 11, 2014.

III.

The hearing was to question the validity of the information, which was altered at the hearing on July 11, 2014. Because there are irregularities in

information which were preserved on the record of that date, Appellant requires the Reporter's record from that date in order to complete his appeal.

This request is not meant for purposes of delay, but to verify and document appellant issues.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court will grant this Motion and supplement the record with the Reporter's record of July 11, 2014 and extend the time to file his brief to one week after the record is filed.

Respectfully submitted,

Crae Robert Pease
6715 Skynook Drive
Austin, Texas 78745

## CERTIFICATE OF CONFERENCE

On November 16, 2015, Appellant conferred with William Swaim, attorney for Appellee, and Mr. Swaim responded that he had no objection to the extension of time.

Crae Robert Pease

# CERTIFICATE OF SERVICE

On November 16, 2015, a copy of the attached motion for extension of time was sent by U. S. Postal Service to:

William Swaim
Travis County Attorney's Office
P. O. Box 1748
Austin, Texas 78767



Nothing in the information establishes the supposition that Travis County courts have jurisdiction over this matter, therefore, the information is defective, the defect is of a jurisdiction nature, and therefore must be quashed. Brown v. State, 558 S.W.2d 471 (Tex.Cr.App.1977).

Respectfully submitted,

Crae Robert Pease

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the attached Motion to Quash information was sent by e-mail and personal service on July 11, 2014 to:

Travis County Special Prosecutor
Bill Swaim

Travis County chief Prosecutor County Court at Law #6.
Randall Slagle

Nothing in the information establishes the supposition that Travis County courts have jurisdiction over this matter, therefore, the information is defective, the defect is of a jurisdiction nature, and therefore must be quashed. Brown v. State, 558 S.W.2d 471 (Tex.Cr.App.1977).

Respectfully submitted,

Crae Robert Pease

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the attached Motion to Quash information was sent by e-mail and personal service on July 11, 2014 to:

Travis County Special Prosecutor
Bill Swaim

Travis County chief Prosecutor County Court at Law #6.
Randall Slagle